**Motion Granted; Appeal Dismissed and Memorandum Opinion filed June 21, 2018**



In The

# Fourteenth Court of Appeals

### NO. 14-17-01013-CV

## HELMERICH & PAYNE INC., AND HELMERICH & PAYNE INTERNATIONAL DRILLING CO., Appellants

## V.

## SCHLUMBERGER TECHNOLOGY CORPORATION, Appellee

**On Appeal from the 434th Judicial District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 17-DCV-241894A**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed December 22, 2017. On June 11, 2018, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion states the parties agree to bear their own costs.

The motion is granted and the appeal is dismissed.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Busby